912

No. 422. FEDERAL TRADE COMMISSION *v.* CONSOLIDATED FOODS CORP. Motion of Trabon Engineering Corp. et al. for leave to file a brief, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel* and *James McI. Henderson* for petitioner. *Anderson A. Owen* and *Daniel Walker* for respondent. *Bruce Griswold* for Trabon Engineering Corp. et al., as *amici curiae,* in support of the petition. ▮

No. 443. HUGHES TOOL CO. ET AL. *v.* TRANS WORLD AIRLINES, INC.; and

No. 501. HUGHES TOOL CO. *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 2d Cir. Certiorari granted. *Paul A. Porter, Victor H. Kramer* and *Werner J. Kronstein* for petitioners in both cases. *John F. Sonnett, Dudley B. Tenney* and *Raymond L. Falls, Jr.,* for respondent in No. 443. *John F. Sonnett* for Trans World Airlines, Inc., and *Bruce Bromley, William C. Chanler, William M. Bradner, Jr., Edward R. Neaher, John R. Hupper* and *Charles L. Stewart* for Equitable Life Assurance Society of the United States et al., respondents in No. 501. Reported below: 332 F. 2d 602.

No. 454. O'CONNELL ET AL. *v.* MANNING ET AL.; and No. 455. AMERICAN AIRLINES, INC. *v.* MANNING ET AL. C. A. 2d Cir. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of these petitions. *Martin C. Seham* for petitioners in No. 454. *Arthur M. Wisehart* for petitioner in No. 455. *Asher W. Schwartz* for respondents in both cases. Reported below: 329 F. 2d 11.